<div style="margin-left:2em"><i>United States District Court<br>For the Northern District of California</i></div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEANNE BREWER, et. al.,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>THE BANK OF NEW YORK MELLON FKA, et. al.,<br><br>　　　　　　Defendant(s).<br>_____ / | CASE NO. 5:12-cv-00829 EJD<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME**<br><br>[Docket Item No(s). 17] |

On May 9, 2012, Defendants Deanne Brewer and Spencer Brown ("Plaintiffs") filed a document entitled "Defendant's Opposition to Plaintiff's [Non-Certified Entities with California Secretary of State] Motion for Order Remanding Case to State Court; In the Alternative Defendant's Request Leave to File Late Opposition to Remand." See Docket Item No. 17. Within this document, Defendants represent that they were unaware of Local Civil Rule 7-3 which provides fourteen days from the date the motion was filed for the filing of opposition papers. Defendants instead relied on the corresponding Local Rule from the Central District of California, which allows for the briefing based on the motion hearing date. They now request leave to file a late opposition to Plaintiff's pending Motion to Remand. See Docket Item No. 9.

Liberally construing the application as an administrative motion to enlarge time pursuant to Civil Local Rule 6-3 and good cause appearing therefor, Defendants' request is GRANTED. Defendants shall file and serve their opposition to the Motion to Remand no later than **May 25,**

**2012.** Plaintiff may file a substantive reply, if any, no later than **June 1, 2012.** The hearing on the Motion to Remand shall remain as calendared for **July 13, 2012, at 9:00 a.m.**

Defendants are advised that they must comply with the deadline imposed by this order. No further time modifications will be granted in relation to the Motion to Remand.

**IT IS SO ORDERED.**

Dated: May 14, 2012



EDWARD J. DAVILA
United States District Judge