United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEANNE BREWER, et. al., | CASE NO. 5:12-cv-00829 EJD |
| Plaintiff(s), | **ORDER RE: DEFENDANTS' REQUESTS FOR ABATEMENT/DISMISSAL** |
| v. | |
| THE BANK OF NEW YORK MELLON FKA, et. al., | [Docket Item No(s). 16, 19, 20] |
| Defendant(s). | |

Plaintiffs Deanne Brewer and Spencer Brown ("Plaintiffs") have filed three documents apparently requesting an order from the court either abating or dismissing this action. See Docket Item Nos. 16, 19, 20.

Pursuant to this court's Local Rules, any written request to the court for an order must be presented by one of the means contained in Civil Local Rule 7. See Civ. L.R. 7-1(a). Since Plaintiffs' requests do not comply with Local Rule 7, the court is unable to consider them as presented and will therefore take no action on the documents referenced above.

Plaintiffs are ordered to conform any additional requests for relief to Civil Local Rule 7. Any further non-conforming documents will not be considered.

**IT IS SO ORDERED.**

Dated: May 22, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-00829 EJD
ORDER RE: DEFENDANTS' REQUESTS FOR ABATEMENT/DISMISSAL